UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES WALKER | CIVIL ACTION NO.  12-2357 |
| VERSUS | SECTION:  "G"(2) |
| EDISON CHOUEST OFFSHORE, INC. AND/OR OFFSHORE SERVICE VESSELS, LLC | HON. NANNETTE JOLIVETTE BROWN MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff, James Walker, and Defendants, Edison Chouest Offshore, Inc., Team Marine, LLC and Offshore Service Vessels, LLC, and upon suggesting to this Honorable Court that all differences have been settled and compromised, respectfully request that this action be dismissed, with prejudice, each party to bear his or its own costs

Respectfully submitted,

**MICHAEL HINGLE & ASSOCIATES, INC.**

BY: _____
Michael Hingle, T.A. (Bar No. 6943)
Donald G. D'Aunoy, Jr. (Bar No. 31123)
220 Gause Blvd., Suite 200
Slidell, LA  70458
Telephone: 985-641-6800
Facsimile: 985-646-1471

ATTORNEYS FOR PLAINTIFF, JAMES
WALKER

1

PD.9602628.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____

Robert P. McCleskey, Jr., (Bar #9151)
Thomas Kent Morrison, (Bar #25802)
Colin B. Cambre, LA Bar No.: 31083
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: mccleskb@phelps.com
      morrisok@phelps.com
      colin.cambre@phelps.com

ATTORNEYS FOR DEFENDANTS, EDISON
CHOUEST OFFSHORE, INC., TEAM MARINE,
LLC AND OFFSHORE SERVICE VESSELS,
LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July , 2013, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

_____

2

PD.9602628.1

