UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES WALKER | CIVIL ACTION NO. 12-2357 |
| VERSUS | SECTION: "G"(2) |
| EDISON CHOUEST OFFSHORE, INC. AND/OR OFFSHORE SERVICE VESSELS, LLC | HON. NANNETTE JOLIVETTE BROWN<br><br>MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 24th day of _____July_____, 2013.



JUDGE, UNITED STATES DISTRICT COURT



1

PD.9603078.1